IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANNA R. YANTA                                                                                    PLAINTIFF

v.                                              6:14-cv-6075-BAB

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and Plaintiff's Complaint is hereby dismissed with prejudice.  The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

**IT IS SO ORDERED this 27th day of August, 2015.**

                                                              /s/   Barry A. Bryant
                                                              HON. BARRY A. BRYANT
                                                              U.S. MAGISTRATE JUDGE